IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO. 10-00277-CG |
| | ) | |
| BERNELLE LAND, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on the defendant's Motion to Transport Defendant (Doc. (Doc. 64), in which the defendant moves for non-custodial transportation to Mobile for her change of plea hearing.

Upon due consideration, the motion is **GRANTED in part**. Pursuant to Title 18 U.S.C. § 4285, the United States Marshal is **ORDERED** to arrange for the defendant's noncustodial transportation, along with any authorized subsistence while in transit, from Whiting, New Jersey to Mobile, Alabama for appearance at her change of plea hearing on March 31, 2011 at 1:30 p.m.

Should the defendant be allowed to remain on conditions of release after the guilty plea hearing on March 31, 2011, the United States Marshal is **ORDERED** to arrange for the defendant's non-custodial transportation along with any authorized subsistence while in transit back to Whiting, New Jersey.

**DONE and ORDERED** this 15th day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE